## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RICKEY STRINGFELLOW**                                                              **PLAINTIFF**

**vs.**                       **CASE NO. 4:08CV00550 JMM**

**CHAPEL RIDGE OF CABOT, LIMITED**
**PARTNERSHIP**                                                                **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Joint Motion to Dismiss, docket # 9, the complaint and all claims in this action are hereby dismissed with prejudice as to all parties with each party to bear their own costs and attorneys fees. The jury trial scheduled June 15, 2009 is canceled.

IT IS SO ORDERED this 16th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE